UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNDANDEZ, ALMA
HERNANDEZ, et al.

                Plaintiff(s),

                v.

COUNTY OF MARIN, CITY OF
SAN RAFAEL, et al.,
                Defendant(s).

CASE NO.11-03085 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:
- ☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
- ☐ other requested deadline _____

Dated: November 23, 2011

                                                          -s-
                                                  Richard W. Osman
                                                  Attorney for Defendant
                                                  City & County of San Rafael

Dated: November 23, 2011

_(signature)_
Renee Giacomini Brewer
Attorney for Defendant

Dated: November 23, 2011

-s-

Owen Mayer
Attorney for Plaintiff



Dated: November 28, 2011