OWEN MAYER   SBN 133225
P.O. BOX 4213
SAN RAFAEL, CA 94913
Telephone: (415) 444-0321
Facsimile: (415) 444-0316
Email: Omayerlaw@aol.com

Attorney for Plaintiffs:

JOSE HERNANDEZ, ALMA HERNANDEZ, JOSH HERNANDEZ, T.H. SCOTTIE HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, ALMA HERNANDEZ, JOSH HERNANDEZ, individually and as guardian ad litem for T. H., a minor, SCOTTIE HERNANDEZ<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, CITY OF SAN RAFAEL, CITY OF LARKSPUR, TOWN OF CORTE MADERA, TWIN CITIES POLICE DEPARTMENT, AND DOES 1- 100, INCLUSIVE,<br><br>Defendants | Case No.: CV 11-03085 JSW<br><br>GRANTING<br>ORDER ~~AFTER~~ STIPULATION RE: DEFENDANTS' JOINT MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE<br><br><br><br>Judge:   Hon. Jeffrey S. White |

The Court having reviewed the parties' stipulation, and good cause appearing therefor,

IT IS ORDERED that:

1. The hearing on defendant's Motion to Dismiss be, and hereby is, continued to April 6 , 2012, at  9:00  o'clock in Dept. 11;

//

ORDER   RE: SCHEDULING MATTERS    -1-

1  2. The Case Management Conference currently set for December 16, 2011 be, and
2  hereby is, vacated and rescheduled on ___May 25___, 2012, at 1:30 o'clock in
3  Dept. 11.

5  DATED: December 2, 2011

6  _____
   HON. JEFFREY WHITE
7  Judge of the District Court

ORDER RE: SCHEDULING MATTERS     -2-