IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNANDEZ, ALMA HERNANDEZ, JOSH HERNANDEZ, individually and as guardian ad litem for TAMMY HERNANDEZ, a minor,

    Plaintiffs,

  v.

COUNTY OF MARIN, CITY OF SAN RAFAEL, CITY OF LARKSPUR, TOWN OF CORTE MADERA, TWIN CITIES POLICE DEPARTMENT, and DOES 1-100, inclusive,

    Defendants.

No. C 11-03085 JSW

**ORDER DENYING PROTECTIVE ORDER WITHOUT PREJUDICE**

On December 22, 2011, the parties filed a proposed stipulated protective order. Upon review of the proposed order, the Court finds that the proposed order does not comply with the Civil Local Rules regarding the filing of documents with the Court under seal. *See* Civ. L. R. 79-5. The stipulated protective order is DENIED without prejudice; upon redrafting, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: January 3, 2012

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE