1  OWEN MAYER   SBN 133225
   P.O. BOX 4213
2  SAN RAFAEL, CA 94913
   Telephone: (415) 444-0321
3  Facsimile: (415) 444-0316
   Email: Omayerlaw@aol.com
4
   Attorney for Plaintiffs:
5
   JOSE HERNANDEZ, ALMA
6  HERNANDEZ, JOSH
   HERNANDEZ,  T.H.
7  SCOTTIE HERNANDEZ

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOSE HERNANDEZ,                          )   Case No.: CV 11-03085 JSW
12 ALMA HERNANDEZ,                          )
   JOSH HERNANDEZ, individually and as      )   JOINT STIPULATION TO
13 guardian ad litem for T.H., a minor, and )   CONTINUE ENE DEADLINE
   SCOTTIE HERNANDEZ                        )   IN ACCORDANCE WITH OTHER
14                                          )   SCHEDULE CHANGES
                                            )   AND ORDER THEREON
15                                          )
                                            )
16                                          )
        Plaintiffs,                         )
17                                          )
   vs.                                      )
18                                          )
   COUNTY OF MARIN, CITY OF                 )
19 SAN RAFAEL, CITY OF LARKSPUR,            )
   TOWN OF CORTE MADERA,                    )   Judge:     Hon. Jeffrey S. White
20 TWIN CITIES POLICE DEPARTMENT,           )
   AND DOES 1- 100, INCLUSIVE,              )
21                                          )
        Defendants                          )
22 _____)

23      The parties, by and through their respective counsel, hereby stipulate and request that the

24 Early Neutral Evaluation deadline in this matter be extended from February 21, 2012 to a date 30

25 days after this court issues an order on the pending motions to dismiss (hearing scheduled for April

26 6, 2012), based on the following:

27

28

   STIPULATION  RE: ENE SCHEDULE            -1-

1  The parties met telephonically with the duly appointed Early Neutral Evaluator, William
2  Chapman, on January 25, 2012 to discuss scheduling of the ENE.  During the conference, the parties
3  agreed that because the hearing date for defendants' motions to dismiss is April 6, 2012, which
4  motions could be dispositive or at least narrow the issues, the ENE session would be more effective
5  if held after an order is entered on the motions to dismiss.
6  The Early Neutral Evaluator concurred that it made sense to conduct the Early Neutral
7  Evaluation after this Court issues its order on the pending motions to dismiss.

DATED:   January 27, 2012			Respectfully submitted,

			/s/_____
			OWEN MAYER, Attorney for Plaintiffs


			/s/_____
			RENEE GIACOMINI-BREWER
			Attorney for Defendant County of Marin



			/s/_____
			RICHARD OSMAN
			Attorney for Defendants
			City of San Rafael, Twin Cities Police Authority


**ORDER**

Good cause appearing, the ENE deadline in this matter is continued from February 21, 2012,
to ___May 25_____, 2012.

DATED:  January 31, 2012

_____
Hon. Jeffrey S. White

STIPULATION RE: ENE SCHEDULE                    -2-