```
OWEN MAYER   SBN 133225
P.O. BOX 4213
SAN RAFAEL, CA 94913
Telephone: (415) 444-0321
Facsimile: (415) 444-0316
Email: Omayerlaw@aol.com
```

Attorney for Plaintiffs:

JOSE HERNANDEZ, ALMA HERNANDEZ, JOSH HERNANDEZ,  T.H. SCOTTIE HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br>ALMA HERNANDEZ,<br>JOSH HERNANDEZ, individually and as guardian ad litem for T.H., a minor, and SCOTTIE HERNANDEZ<br><br>         Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARIN, CITY OF SAN RAFAEL, CITY OF LARKSPUR, TOWN OF CORTE MADERA, TWIN CITIES POLICE DEPARTMENT, AND DOES 1- 100, INCLUSIVE,<br><br>         Defendants | Case No.: CV 11-03085 JSW<br><br>JOINT STIPULATION TO CONTINUE ENE DEADLINE IN ACCORDANCE WITH OTHER SCHEDULE CHANGES AND ORDER THEREON<br><br><br><br><br><br>Judge:     Hon. Jeffrey S. White |

The parties, by and through their respective counsel, hereby stipulate and request that the Early Neutral Evaluation deadline in this matter be extended from February 21, 2012 to a date 30 days after this court issues an order on the pending motions to dismiss (hearing scheduled for April 6, 2012), based on the following:

STIPULATION RE: ENE SCHEDULE           -1-

1  The parties met telephonically with the duly appointed Early Neutral Evaluator, William
2  Chapman, on January 25, 2012 to discuss scheduling of the ENE. During the conference, the parties
3  agreed that because the hearing date for defendants' motions to dismiss is April 6, 2012, which
4  motions could be dispositive or at least narrow the issues, the ENE session would be more effective
5  if held after an order is entered on the motions to dismiss.
6  The Early Neutral Evaluator concurred that it made sense to conduct the Early Neutral
7  Evaluation after this Court issues its order on the pending motions to dismiss.

DATED: January 27, 2012       Respectfully submitted,

/s/ _____
OWEN MAYER, Attorney for Plaintiffs


/s/ _____
RENEE GIACOMINI-BREWER
Attorney for Defendant County of Marin


/s/ _____
RICHARD OSMAN
Attorney for Defendants
City of San Rafael, Twin Cities Police Authority

**ORDER**

Good cause appearing, the ENE deadline in this matter is continued from February 21, 2012, to   May 25   , 2012.

DATED: January 31, 2012

_____
Hon. Jeffrey S. White

STIPULATION RE: ENE SCHEDULE            -2-