UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE HERNADEZ, ALMA HERNANDEZ, JOSH HERNANDEZ, individually and as a guardian ad litem for TAMMY HERNANDEZ, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN, CITY OF SAN RAFAEL, CITY OF LARKSPUR, TOWN OF CORTE MADERA, TWIN CITIES POLICE DEPARTMENT and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV 11 3085 JSW<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE ENE DEADLINE |

Good cause appearing, it is hereby ordered that the parties in the above-reference case shall complete an Early Neutral Evaluation (ENE) not later than December 17, 2012. The prior order regarding ENE completion is vacated.

Dated: October 5, 2012

By: /s/ Jeffrey S. White

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hernandez v. County of Marin, et al.
CV 11-3085 JSW
PROPOSED ORDER
47586