UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-03085-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 80 |

A hearing on Defendants' motion for summary judgment is scheduled for June 6, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil Local Rule 7-1(b).

**IT IS SO ORDERED**.

Dated: May 30, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　United States District Judge