| | |
|---|---|
| STEVEN WOODSIDE, COUNTY COUNSEL<br>Renee Giacomini Brewer, SBN 173012<br>3501 Civic Center Drive, Room 275<br>San Rafael, CA 94903<br>Tel.: (415) 499-6117, Fax: (415) 499-3796<br>Attorney(s) for the Defendant COUNTY OF MARIN | Thomas F. Bertrand, SBN056560<br>Richard W. Osman, SBN167993<br>BERTRAND, FOX & ELLIOT<br>2749 Hyde Street<br>San Francisco, Ca 94109<br>Attorneys for Defendants<br>CITY OF SAN RAFAEL AND TWIN CITIES POLICE AUTHORITY |

OWEN MAYER
P.O. Box 4213
San Rafael, CA 94913
Attorney for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE HERNANDEZ, ALMA HERNANDEZ, JOSH HERNANDEZ, individually and as a guardian ad litem for TAMMY HERNANDEZ, a minor,<br><br>    Plaintiffs,<br><br>                v.<br><br>COUNTY OF MARIN, CITY OF SAN RAFAEL, CITY OF LARKSPUR, TOWN OF CORTE MADERA, TWIN CITIES POLICE DEPARTMENT and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: CV 11 3085 JST<br><br>STIPULATION AND ORDER REQUESTING CHANGE OF DATE OF MOTION FOR SUMMARY JUDGMENT<br><br>Civil Local Rule 7-7<br>Honorable Jon S. Tigar |

By this pleading, Plaintiffs Jose Hernandez, Alma Hernandez, Josh Hernandez and Tammy Hernandez ("Plaintiffs") and Defendants County of Marin and Keith Boyd (collectively, "COM Defendants") and Defendants City of San Rafael, Twin Cities Police Authority, Wanda Spaletta and Anthony Shaw (collectively, "City Defendants), by and through their respective counsel, hereby stipulate and agree that COM's Motion for Summary Judgment or in the Alternative Partial Summary Judgment date be modified and changed to August 5, 2013.

1  Good cause exists for the rescheduling because: (1) on March 14, 2013, this Court ordered the last day for dispositive motions to be heard as July 15, 2013; (2) on June 6, 2013, COM Defendants filed a Motion for Summary Judgment with a hearing date of July 11, 2013; (3) subsequently on June 6, 2013, this Court rescheduled the Summary Judgment hearing for July 18, 2013; (4) because the last date for the Summary Judgment Motion had previously been set by this Court as July 15, 2013, Counsel for COM purchased tickets and will be out of the country on July 18, 2013; and (5) no trial date is currently set in this matter. All parties agree to continue the Summary Judgment Motion hearing date as indicated.

IT IS SO STIPULATED.

Date: June 10, 2013              by:_____-s-_____
                                 Owen Mayer, Attorney for Plaintiffs

Date: June 10, 2013              by:_____-s-_____
                                 Renee Giacomini Brewer, Attorney for Defendants
                                 County of Marin

Date: June 10, 2013              by:_____-s-_____
                                 Rich Osman, Attorney for Defendants
                                 City of San Rafael, City of Larkspur

## [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby accepts the Parties' Stipulation and ORDERS the following date for Motion for Summary Judgment and in the Alternative Partial Summary Judgment:  August 15, 2013 at 2:00 p.m.

~~August 5, 2013~~

IT IS SO ORDERED.

Dated: June 10, 2013             _____
                                 THE HONORABLE JON S. TIGAR
                                 UNITED STATES DISTRIRCT COURT JUDGE

Hernandez v. County of Marin, et al.
CV 11-3085 JST
Joint Stipulation
56878

2