STEVEN WOODSIDE, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796
Attorney(s) for the Defendant COUNTY OF MARIN

Thomas F. Bertrand, SBN056560
Richard W. Osman, SBN167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, Ca 94109
Attorneys for Defendants
CITY OF SAN RAFAEL AND TWIN CITIES POLICE AUTHORITY

OWEN MAYER
P.O. Box 4213
San Rafael, CA 94913
Attorney for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE HERNANDEZ, ALMA HERNANDEZ, JOSH HERNANDEZ, individually and as a guardian ad litem for TAMMY HERNANDEZ, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN, CITY OF SAN RAFAEL, CITY OF LARKSPUR, TOWN OF CORTE MADERA, TWIN CITIES POLICE DEPARTMENT and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV 11 3085 JST<br><br>STIPULATION AND ORDER REQUESTING CHANGE OF DATE OF MOTION FOR SUMMARY JUDGMENT<br><br>Civil Local Rule 7-7<br>Honorable Jon S. Tigar |

By this pleading, Plaintiffs Jose Hernandez, Alma Hernandez, Josh Hernandez and Tammy Hernandez ("Plaintiffs") and Defendants County of Marin and Keith Boyd (collectively, "COM Defendants") and Defendants City of San Rafael, Twin Cities Police Authority, Wanda Spaletta and Anthony Shaw (collectively, "City Defendants), by and through their respective counsel, hereby stipulate and agree that COM's Motion for Summary Judgment or in the Alternative Partial Summary Judgment date be modified and changed to August 5, 2013.

1  Good cause exists for the rescheduling because:  (1) on March 14, 2013, this Court ordered the last
2  day for dispositive motions to be heard as July 15, 2013;  (2) on June 6, 2013, COM Defendants filed a
3  Motion for Summary Judgment with a hearing date of July 11, 2013; (3) subsequently on June 6, 2013, this
4  Court rescheduled the Summary Judgment hearing for July 18, 2013; (4) because the last date for the
5  Summary Judgment Motion had previously been set by this Court as July 15, 2013, Counsel for COM
6  purchased tickets and will be out of the country on July 18, 2013; and (5) no trial date is currently set in this
7  matter.  All parties agree to continue the Summary Judgment Motion hearing date as indicated.

IT IS SO STIPULATED.

Date:   June 10, 2013                                                by:_____-s-_____
                                                                                    Owen Mayer, Attorney for Plaintiffs

Date:   June 10, 2013                                                by:_____-s-_____
                                                                                    Renee Giacomini Brewer, Attorney for Defendants
                                                                                    County of Marin

Date:   June 10, 2013                                                by:_____-s-_____
                                                                                    Rich Osman, Attorney for Defendants
                                                                                    City of San Rafael, City of Larkspur

**[PROPOSED] ORDER**

Based on the foregoing Stipulation and for good cause shown, the Court hereby accepts the Parties' Stipulation and ORDERS the following date for Motion for Summary Judgment and in the Alternative Partial Summary Judgment:   August 15, 2013 at 2:00 p.m.

~~August 5, 2013~~

IT IS SO ORDERED.

Dated:  June 10, 2013                                              _____
                                                                                THE HONORABLE JON S. TIGAR
                                                                                UNITED STATES DISTRIRCT COURT JUDGE

Hernandez v. County of Marin, et al.
CV 11-3085 JST
Joint Stipulation
56878

2