UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-03085-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 87 |

A hearing on the motion for summary judgment filed by Defendants Boyd and the County of Marin is scheduled for a hearing on August 15, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motion is under submission.

**IT IS SO ORDERED**.

Dated: August 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge